# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 357 EAL 2014
: 
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
: 
       v. :
: 
: 
: 
TYRONE MCCRAY, :
: 
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.